| | | | |
|---|---|---|---|
| **Nicole Wilkens/DCD/DC/USCOURTS** | | To | Teresa Gumiel/DCD/DC/USCOURTS |
| | | cc | |
| 06/10/2008 11:47 AM | | bcc | |
| | | Subject | Fw: Transfer of Case; MDL 1760 (CTO 69) (Dist. of Columbia Case No. 1:08-cv-634) |

----- Forwarded by Nicole Wilkens/DCD/DC/USCOURTS on 06/10/2008 11:46 AM -----

| | | | |
|---|---|---|---|
| **Ann G Frantz/TNMD/06/USCOURTS** | | To | dcd_cmecf@dcd.uscourts.gov |
| 06/09/2008 11:51 AM | | cc | |
| | | Subject | Transfer of Case; MDL 1760 (CTO 69) (Dist. of Columbia Case No. 1:08-cv-634) |

Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

In Re:    MDL 1760 In Re Aredia and Zometa Products Liability Litigation
          Conditional Transfer Order 69

Dear Clerk of Court:

Attached is a certified copy of CTO 69 from the Judicial Panel on Multidistrict Litigation transferring your case to the Middle District of Tennessee.  The new case number is listed on the order.

*Please transmit your record via the ECF District Transfer method to Tennessee Middle.*

If this is not possible, please forward the case file and docket sheet, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.


Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN  37203
Phone: (615) 736-2364
Fax:  (615) 736-2229


www.tnmd.uscourts.gov MDL 1760 CTO 69-CERTIFIED.pdf